[No. 5354–1. Division One. May 15, 1978.]

*In the Matter of the Marriage of* BEVERLY J. HENAK,
*Respondent, and* DEANE A. HENAK,
*Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. D–86136, David W. Soukup, J., entered January 5, 1977. *Reversed* by unpublished per curiam opinion.